IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN LAKICS | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 09 CV 6929 |
| | ) | |
| v. | ) | |
| | ) | **Judge Joan H. Lefkow** |
| COUNTY OF DUPAGE, and | ) | |
| JOHN E. ZARUBA, IN HIS OFFICIAL | ) | **Mag. Judge Valdez** |
| CAPACITY AS SHERIFF OF DUPAGE | ) | |
| COUNTY | ) | |
| Defendants. | ) | |

## JEFFREY P. O'KELLEY'S MOTION FOR REMOVAL FROM SERVICE LIST

Jeffrey P. O'Kelley, former counsel for Plaintiff, hereby moves for the removal of his name from the service list in this action, and in support thereof, states as follows:

1. Mr. O'Kelley, a former Associate at Best, Vanderlaan & Harrington, previously served as counsel for the Plaintiff in this action.

2. On March 31, 2011, Mr. O'Kelley ended his employment at Best, Vanderlaan & Harrington and ceased his representation of the Plaintiff. The Plaintiff continues to be represented in this action by John C. Kreamer, Adam F. Haussermann, and Carrie Linden of Best, Vanderlaan & Harrington.

3. By this Motion, Mr. O'Kelley respectfully requests that his name be removed from the service list in this action and that Adam F. Haussermann, John C. Kreamer and Carrie Linden of Best, Vanderlaan & Harrington, as attorneys of record for the Plaintiff, continue to be included on the service list.

WHEREFORE, Jeffrey O'Kelley respectfully requests that the Court enter an Order removing his name from the service list in this action.

Respectfully submitted,

  /s/  Jeffrey O'Kelley

**JEFFREY O'KELLEY**
Lisa Kane & Assocaites
141 W. Washington Street, Suite 3620
Chicago, IL 60605
312-606-0383
lisakane@sbcglobal.net

-2-

## CERTIFICATE OF SERVICE

      I, the undersigned, an attorney, certify that I caused to be served the foregoing document(s) with attachment(s) referred to therein, if any, by electronically filing the same electronically with the Court's EDF System, which automatically serves Defendant with the same, and may be accessed in the Court's network, on this  25th  day of May , 2010.

                                                                                           */s/ Jeffrey O'Kelly*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN LAKICS | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 09 CV 6929 |
| | ) | |
| v. | ) | |
| | ) | **Judge Joan H. Lefkow** |
| COUNTY OF DUPAGE, and | ) | |
| JOHN E. ZARUBA, IN HIS OFFICIAL | ) | **Mag. Judge Valdez** |
| CAPACITY AS SHERIFF OF DUPAGE | ) | |
| COUNTY | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER GRANTING JEFFREY O'KELLEY'S
# MOTION FOR REMOVAL FROM SERVICE LIST

THIS CAUSE came before the Court on Jeffrey O'Kelley's Motion for Removal from Service List, and the Court, having reviewed the file and the Motion and being otherwise advised in the Premises, it is hereupon,

ORDERED AND ADJUDGED that:

The Motion is hereby GRANTED. The Clerk of Court is directed to remove Jeffrey O'Kelley from the service list in this action. Adam F. Haussermann, John C. Kreamer and Carrie Linden of Best, Vanderlaan & Harrington, as attorneys of record for Plaintiff, shall remain on the service list.

ENTER:

_____
Judge Kendall
U.S. District Judge

_____
Date