# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 6929 | **DATE** | 5/31/2011 |
| **CASE TITLE** | Lakics vs. County of DuPage | | |

**DOCKET ENTRY TEXT**

Motion of Jeffrey P. O'Kelley for removal from service list [37] is granted. Jeffrey P. O'Kelley is withdrawn and terminated as attorney for plaintiff and he shall be removed from the service list in this case. Noticed motion date of 6/21/2011 is terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|